IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATILDA WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:10cv727-WHA |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #21), it is hereby ORDERED that the Motion is GRANTED and all claims against Defendant Experian Information Solutions, Inc. are DISMISSED with prejudice, the parties to bear their own costs.

All claims now having been dismissed, this case is ORDERED closed.

DONE this 2nd day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE